**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE O'MALLEY and MEGAN REILLY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAMS-SONOMA, INC., <br><br> Defendant. | Case No. 3:26-cv-1276-RFL <br><br> **STATEMENT OF RECENT DECISION IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL ARBITRATION** |

STATEMENT OF RECENT DECISION
CASE NO. 3:26-CV-1276-RFL

Pursuant to Local Rule 7-3(d)(2), Plaintiffs bring to the Court's attention a recent California Appellate Court decision certified for publication on July 2, 2026, after this Court's hearing on Defendant's Motion to Compel Arbitration, in the matter captioned *Phan v. Knight Sacramento SU Inc., --- Cal. Rptr. 3d ----*, 2026 WL 1905668, at *9 (Cal. Ct. App. June 5, 2026), attached hereto as Exhibits A and B. *Phan* is relevant to Defendant's pending motion to compel arbitration because, like *Cook*, *Ayala*, *Stoker*, and *Cocom*, it analyzed the specific language of a particular arbitration clause, a company's stated justification for that language, and whether it was unconscionably broad and lacked mutuality.

Dated:  July 13, 2026                          **BURSOR & FISHER, P.A**.

                                               By:    */s/ Stefan Bogdanovich*
                                                        Stefan Bogdanovich

                                               Stefan Bogdanovich (State Bar No. 324525)
                                               1990 North California Blvd., 9th Floor
                                               Walnut Creek, CA 94596
                                               Telephone: (925) 300-4455
                                               Facsimile:  (925) 407-2700
                                               E-mail: sbogdanovich@bursor.com

                                               *Attorney for Plaintiffs*