**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE O'MALLEY and MEGAN REILLY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA, INC.,<br><br>Defendant. | Case No. 3:26-cv-1276-RFL<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION** |

Pursuant to the Court's July 27, 2026 Order, Plaintiffs Katie O'Malley and Megan Reilly ("Plaintiffs") respectfully submit this Statement of Recent Decision regarding the pending Motion to Compel Arbitration. *See* ECF Nos. 20, 25-1, 26.

Plaintiffs bring to the Court's attention the following order entered on June 5, 2026 in *Phan v. Knight Sacramento SU Inc.,* No. C103401, --- Cal. Rptr. 3d----, 2026 WL 1905668 (Cal. Ct. App. June 5, 2026). *Phan* was certified for publication on July 2, 2026 after the Court held the hearing on the motion. Both parties consent to the Court's consideration of *Phan*. Each party believes the decision supports its respective position on Defendant's pending motion to compel arbitration

Dated:  July 27, 2026                                    **BURSOR & FISHER, P.A**.

                                                         By:    */s/ Stefan Bogdanovich*
                                                                 Stefan Bogdanovich

                                                         Stefan Bogdanovich (State Bar No. 324525)
                                                         1990 North California Blvd., 9th Floor
                                                         Walnut Creek, CA 94596
                                                         Telephone: (925) 300-4455
                                                         Facsimile:  (925) 407-2700
                                                         E-Mail: sbogdanovich@bursor.com

                                                         *Attorneys for Plaintiffs*